Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff Maria Spataro

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Maria Spataro**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Smart Brain Aging Inc. d/b/a HLG Corporate Services LLC**, an Arizona limited liability corporation; **Smart Brain Aging Clinics, LLC,** an Arizona limited liability corporation; and **Dr. John DenBoer**, an Arizona resident;<br><br>Defendants. | Case No. 2:18-CV-01955-JTT<br><br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. John J. Tuchi)** |

Plaintiff Maria Spataro hereby notifies the Court that the parties have reached a settlement in the above matter. A Stipulation for Dismissal will be filed with the Court within 30 days.

RESPECTFULLY SUBMITTED July 25, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for the Plaintiff Maria Spataro

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke