# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Spataro, | No. CV-18-01955-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Smart Brain Aging Incorporated, *et al.*, | |
| Defendants. | |

This Court having reviewed the parties' Joint Motion to Approve FLSA Settlement, and good cause appearing therefore,

IT IS HEREBY ORDERED granting the Motion. The Court approves the settlement of Plaintiff's FLSA claims.

IT IS FURTHER ORDERED dismissing Plaintiff's claims and Defendant/Counterclaimant's counterclaims with prejudice.

Dated this 31st day of August, 2018.

Honorable John J. Tuchi
United States District Judge